UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-22900-KMM

JESUS GABRIEL GELLA,

      Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

      Defendant.

_____/

## AMENDED JOINT NOTICE OF MEDIATOR SELECTION

Pursuant to the Court's Order referring this case to mediation **[D.E. 13]**, the undersigned counsels have selected Laurie L. Reimer, Esq., to mediate this matter.

Dated this **24th day of October 2022.**

| | |
|---|---|
| */s/ Darren R. Newhart* | */s/ Ernest H. Kohlmyer, III* |
| Darren R. Newhart, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No.: 0115546 | Florida Bar No. 110108 |
| darren@newhartlegal.com | Skohlmyer@shepardfirm.com |
| Newhart Legal, P.A. | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 14611 Southern Blvd. Suite 1351 | 2300 Maitland Center Parkway, Suite 100 |
| Loxahatchee, FL 33470 | Maitland, Florida 32751 |
| Telephone: (561) 331-1806 | Telephone (407) 622-1772 |
| Facsimile: (561) 473-2946 | Facsimile (407) 622-1884 |
| *Counsel for Plaintiff* | *Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC* |

*/s/ Matthew D. Bavaro*
Matthew D. Bavaro, Esquire
Florida Bar No.: 175821
matthew@fight13.com
Loan Lawyers, LLC
3201 Griffin Road #100
Fort Lauderdale, FL 33312
Telephone: (954) 523-4357
*Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **October 24, 2022**, with the Clerk of the Court by using the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: Darren Newhart, Esquire at darren@newhartlegal.com, and Matthew D. Bavaro, Esquire at matthew@flight13.com *(Attorneys for Plaintiff)*.

<u>*/s/ Ernest H. Kohlmyer, III*</u>
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare*
*Revenue Recovery Group*