UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-22900-KMM

JESUS GABRIEL GELLA,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

    Defendant.

_____/

## JOINT MOTION FOR RELIEF FROM MEDIATION CONFERENCE AND MOTION TO AMEND SCHEDULING ORDER

COMES NOW, the Defendant Healthcare Revenue Recovery Group, LLC, ("HRRG"), and Plaintiff pro se, Jesus Gabriel Gella, hereby jointly move the Court pursuant to D.E. 23, for relief from the Mediation Conference set for December 6, 2022, and Motion to Abate or Amend Scheduling Order:

1.    On September 24, 2022, The Court entered a Paperless Order scheduling trial and setting pretrial deadlines, including discovery cut-off, mediation cut-off, and dispositive motion deadlines. [DE 12]

2.    According to the dates set by September 24, 2022, Order, the Parties have scheduled the respective deadlines as follows:

    a. Discovery Cut-off: January 16, 2023

    b. Mediation Deadline: January 6, 2023

    c. Dispositive Motion Deadline: January 27, 2023

3. Presently, the undersigned has scheduled an in-person deposition of the Plaintiff for Friday, December 2, 2022, in Hollywood, Florida. Based on the Court's order granting Plaintiff's counsel's motion to withdraw and providing Plaintiff until December 27, 2022, to retain alternative counsel or proceed *pro se*, this deposition will need to be reset at a mutual date after December 27, 2022, so that any new counsel or Plaintiff pro se can agree to a mutual date. It is very unlikely that due to the holidays a reset of Plaintiff's deposition can be completed by the present discovery deadline of January 16, 2023.

4. Presently, the Parties have a mandatory in-person mediation conference set with Laurie L. Reimer, Esq., as a mediator for this matter to take place on December 6, 2022, in Fort Lauderdale, Florida. Based on the Court's order granting Plaintiff's counsel's motion to withdraw and providing Plaintiff until December 27, 2022, to retain alternative counsel or proceed *pro se*, this mediation conference will need to be reset at a mutual date after December 27, 2022, so that any new counsel or Plaintiff *pro se* can agree to a mutual date. It is very unlikely that due to the holidays a reset of Plaintiff's deposition can be completed by the present discovery deadline of January 6, 2023. Further, the Parties request relief from the mediation order for December 6, 2022, to avoid unnecessary travel by Defendant's insurance adjuster from Plano, Texas, and Defendant's counsel from Orlando, Florida.

5. Pursuant to the Court Order Referring the Case to Mediation, "the Court requires the physical presence of counsel and each party or representatives of each party with full authority to enter in a full and complete compromise and settlement." **[D.E. 13 at ¶4]**.

6. Without the ability to complete the scheduled discovery of the case, including the deposition of the Plaintiff, the loss of the next 30 days will prejudice both Parties to complete discovery, mediation, and file a dispositive motion by January 27, 2023.

7. The Parties request that the Court grant the following relief in this case:

   a. Issue an Order relieving the Parties from attending the mediation conference set for December 6, 2022, to comply with the Court's recent order and to avoid wasteful and unnecessary travel costs and expenses for all parties involved.

   b. Issue an Order abating the current scheduling order deadlines so that the additional time can be provided to reschedule Plaintiff's deposition, reset mediation, complete any remaining discovery, and have sufficient time to file a dispositive motion.

   c. Issue an Amended Scheduling Order with new dates to account for the loss of the next 30 days to enable Plaintiff to comply with this Court's Order by December 27, 2022.

WHEREFORE, Defendant Healthcare Revenue Recovery Group, LLC, respectfully requests this Honorable Court to grant the joint Motion and enter an Order granting the requests listed above. I consent to join this motion and seek the relief requested.

*/s/ Jesus Gabriel Gella*
Jesus Gabriel Gella, Plaintiff, *pro se*

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), Plaintiff pro se has been provided a copy of this Motion via email, and Plaintiff *pro se* DOES NOT OBJECT to the relief sought herein and joins the motion with consent.

Dated this **30th day of November 2022.**

Respectfully submitted,

*/s/ Ernest H. Kohlmyer, III*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **November 30, 2022**, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Gabriel Gella, Plaintiff *pro se*, at *ggellamiami@gmail.com*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
SKohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services*

Cc: Darren R. Newhart, Esquire of Newhart Legal, P.A. at *darren@newhartlegal.com*
    Matthew D. Bavaro, Esquire of Loan Lawyers, LLC at *matthew@fight13.com*