UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**JESUS GABRIEL GELLA,**

    **Plaintiff,**

vs.                                                       CASE NO: 1:22-CV-22900-KMM

**HEALTHCARE REVENUE
RECOVERY GROUP, LLC,**

    **Defendant.**
_____/

## NOTICE OF APPEARANCE

**THE LAW FIRM OF FRANK & RICE, P.A.**, by and through Patrick R. Frank, hereby gives Notice of his Appearance on behalf of the Plaintiff, **JESUS GABRIEL GELLA**, and requests that copies of all motions, notices, other pleadings and correspondence filed or served in this cause be furnished to the undersigned.

Dated this 30th day of December, 2022.

                      Respectfully Submitted:

                      /s/ Patrick R. Frank, Esq.
                      Patrick R. Frank (FBN: 0642770)
                      Frank & Rice, P.A.
                      325 West Park Avenue,
                      Tallahassee, Florida 32301
                      Telephone: (850) 629-4168
                      Facsimile: (850) 629-4184
                      Attorney(s) for Plaintiff,
                      **JESUS GABRIEL GELLA**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was conveyed via Electronic Mail, to Mr. Samuel S. Reda, Esq., and Mr. Ernest Kohlmyer, III., Esq., on this 30th day of December, 2022.

/s/ Patrick R. Frank, Esq.
Patrick R. Frank, Esq.