UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**JESUS GABRIEL GELLA,**

    **Plaintiff,**

vs.                                                           CASE NO: 1:22-CV-22900-KMM

**HEALTHCARE REVENUE
RECOVERY GROUP, LLC,**

    **Defendant.**

_____/

**PLAINTIFF'S RESPONSE TO ORDER TO
SHOW CAUSE, DATED DECEMBER 28, 2022**

**COMES NOW**, the Plaintiff, **JESUS GABRIEL GELLA**, who, by and through his undersigned counsel(s), and pursuant to the directive of this Court set forth in the Order to Show Cause, as dated December 28, 2022, hereby proffers his Response to the same as follows:

1. The instant Plaintiff, Mr. Jesus Gabriel Gella, exercised diligence in attempting to secure counsel(s) attendant to this litigation subsequent to the unexpected withdrawal of Plaintiff's previous counsel(s).

2. Given the fact that prior counsel(s)' withdrawal took place during the holidays, a time in which many law firms are closed and/or have limited availability to meet with prospective clients, Plaintiff had an abidingly difficult time securing counsel(s) during the previous thirty (30) day period.

3. The task of securing new counsel was made significantly more complicated by virtue of the need to secure counsel(s) who, specifically, satisfied the following criteria—to wit, a.) an attorney experienced in federal civil practice; b.) an attorney

1

experienced in litigating issues of consumer law which present in the instant litigation; and c.) an attorney who was licensed to practice in the Southern District of Florida.

4. Notwithstanding the foregoing challenges, the Plaintiff has successfully secured the representation of the undersigned counsel(s).

5. The Plaintiff, via Plaintiff's counsel(s), if fully prepared to proceed forward with this case and, to that end, has filed a Notice of Appearance contemporaneously herewith and has reached out to opposing counsel(s) to facilitate the scheduling of mediation pursuant to the time constraints set forth in the previous Order of this Court.

6. The Plaintiff does not anticipate any future delays and, upon reasonable information and/or belief, does no believe that the enumerated Defendant will be prejudiced by allowing this matter to proceed forward, as currently scheduled.

Respectfully Submitted:

/s/ Patrick R. Frank, Esq.
Patrick R. Frank (FBN: 0642770)
Frank & Rice, P.A.
325 West Park Avenue,
Tallahassee, Florida 32301
Telephone: (850) 629-4168
Facsimile: (850) 629-4184
Attorney(s) for Plaintiff,
**JESUS GABRIEL GELLA**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was conveyed via Electronic Mail, to Mr. Samuel S. Reda, Esq., and Mr. Ernest Kohlmyer, III., Esq., on this 30th day of December, 2022.

/s/ Patrick R. Frank, Esq.
Patrick R. Frank, Esq.