UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:22-cv-22900-KMM

JESUS GABRIEL GELLA,

    PLAINTIFF(S),

vs.

HEALTHCARE REVENUE RECOVERY GROUP, LLC,

    DEFENDANT(S),

NOTICE OF COMPLETION OF MEDIATION

FLORIDA BAR NO.: 354929

    Mediation was completed and the matter amicably settled between the parties on the **21ˢᵗ** day of **January 2023**  The parties agreed to prepare and submit to the Court an appropriate order or pleading dismissing this cause after all outstanding mediation fees are paid.

Plaintiff(s) and counsel agree to promptly pay outstanding mediation fees of **$725.00** less payment received **$725.00**= **$0.00**

Defendant(s) and counsel agree to promptly pay outstanding mediation fees of  **$1,175.00** less payment received **$725.00**= **$450.00.**

    I hereby certify that on the 25ᵗʰ  day of January  2023, a true and correct copy of the foregoing was emailed to: **Patrick Frank, Esq**. and **Keisha D Rice, Esq**, lawatf@aol.com, **Frank & Rice, P.A**.325 West Park Ave, Tallahassee, FL 32301;  **Ernest H. Kohlmyer, III, Esquire,**  Skohlmyer@shepardfirm.com,  tkittilson@shepardfirm.com, **Shepard, Smith, Kohlmyer & Hand, P.A**., 2300 Maitland Center Parkway, Suite 100, Maitland, Florida 32751.

*Laurie Riemer*

_____
Laurie L. Riemer, Esq., Mediator/Arbitrator
20155 Northeast 38th Court, #3104
Aventura, Florida 33180
(305)932-2200
 lriemer@riemermediation.com